UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM OTIS SYLVESTER, ) | 1:00-CV-06190 OWW SMS P | |
| Petitioner, ) | | |
| ) | ORDER | |
| v. ) | | |
| ) | [Doc. #71] | |
| SHEILA GARCIA, ) | | |
| ) | | |
| Respondent. ) | | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 7, 2006, Petitioner filed a motion in which he references a 2003 order from the Ninth Circuit remanding the case to the District Court. Petitioner is advised that this case was dismissed over two years ago following the remand. Petitioner is aware of this as he filed a motion for permission to file a successive petition in the Ninth Circuit, which was denied on December 1, 2005. As this case is closed, Petitioner is advised that no further filings will be permitted in this action.

IT IS SO ORDERED.

**Dated:    September 13, 2006           /s/ Sandra M. Snyder**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE